IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
  IN RE:              :      CHAPTER 13

Tyshaan C. Williams   :      No. 18-18016-JKF
    Debtor
```

## ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY JURISDICTION

Debtor Tyshaan C. Williams, by his Attorney David M. Offen respectfully submits the following:

Debtor agrees to proceed against the his wife and as such his wife can proceed against him. Debtor will consent to an Order that allows each party to pursue their respective claims in the State Court.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order allowing each party to pursue their respective claims in the State Court.

                                Respectfully submitted,

                                /s/ David M. Offen
                                David M. Offen
                                Attorney for Debtor

Dated: 3/7/19