```
                 IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:
                                 :      CHAPTER 13
     Tyshaan C. Williams         :      No. 18-18016-JKF
           Debtor                :
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion for Relief was served on March 7, 2019 on the Chapter 13 Trustee, Scott F. Waterman, Esquire by electronic mail and on the following by first class mail:

Carol B. McCullough, Esquire
65 West Street Road
Suite A-204
Warminster, PA 18974

　　　　　　　　　　　　　　　　　　　　　/s/ David M. Offen
　　　　　　　　　　　　　　　　　　　　　David M. Offen Esq.
　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　 601 Walnut Street
　　　　　　　　　　　　　　　　　　　　　Suite 160 West
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　215-625-9600

3/7/19