## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        : CHAPTER 13

    TYSHAAN WILLIAMS                  : 18-18016

### STIPULATED ORDER

AND NOW, this        day of              , 2019, upon consideration of Kimberly Williams Motion for Relief from the Automatic Stay and any response thereto, and a hearing on the matter, it is hereby

ORDERED AND DECREED that Kimberly Williams' Motion for Relief from the Automatic Stay is hereby Granted by agreement, and it is,

FURTHER ORDERED AND DECREED that the automatic stay shall be terminated as to Kimberly Williams and Tyshaan Williams to seek remedies in the Montgomery County Court of Common Pleas, Case No. 2017-06409, and it is

FURTHER ORDERED AND DECREED and agreed upon by the parties that the stay is terminated in accordance with Fed. R. Bank. P., Rule 4001(a)(3) as to the debtor and Kimberly Williams for the sole purpose of pursuing remedies in Case No. 2017-06409 in the Montgomery County Court of Common Pleas, for the respective parties.


___*/s/ Carol B. McCullough*_____          _*/s/ David M. Offen* ____
Carol B. McCullough, Esquire                David M. Offen, Esquire
MCCULLOUGH EISENBERG, LLC.                  Attorney for Debtor,
Attorney for Movant, Kimberly Williams      Tyshaan Williams

And now, this          day of              , 2019, it is HEREBY

ORDERED AND DECREED that the terms and conditions of the foregoing

Stipulated Order are hereby approved by the Court.


BY THE COURT:


_____

JEAN K. FITZSIMON
BANKRUPTCY JUDGE