## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

TYSHAAN WILLIAMS : 18-18016

### STIPULATED ORDER

AND NOW, this 15th day of March, 2019, upon consideration of Kimberly Williams Motion for Relief from the Automatic Stay and any response thereto, and a hearing on the matter, ~~it is hereby~~ Agreed by the parties

~~ORDERED AND DECREED~~ that Kimberly Williams' Motion for Relief from the Automatic Stay is hereby Granted by agreement, and it is, Agreed by the parties

~~FURTHER ORDERED AND DECREED~~ that the automatic stay shall be terminated as to Kimberly Williams and Tyshaan Williams to seek remedies in the Montgomery County Court of Common Pleas, Case No. 2017-06409, and it is

Agreed by the parties ~~FURTHER ORDERED AND DECREED~~ ~~and agreed upon by the parties~~ that the stay is terminated in accordance with Fed. R. Bank. P., Rule 4001(a)(3) as to the debtor and Kimberly Williams for the sole purpose of pursuing remedies in Case No. 2017-06409 in the Montgomery County Court of Common Pleas, for the respective parties.


___/s/ Carol B. McCullough_____
Carol B. McCullough, Esquire
MCCULLOUGH EISENBERG, LLC.
Attorney for Movant, Kimberly Williams

_/s/ David M. Offen____
David M. Offen, Esquire
Attorney for Debtor,
Tyshaan Williams

And now, this   15th    day of  March   , 2019, it is HEREBY ORDERED ~~AND DECREED~~ that the terms and conditions of the foregoing Stipulation between the parties ~~Stipulated Order~~ are hereby approved by the Court.

BY THE COURT:

_____
JEAN K. FITZSIMON
BANKRUPTCY JUDGE