IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Tyshaan C. Williams Debtor | ) ) ) ) ) | Chapter 13  No. 18-18016-JKF |

### CERTIFICATION OF NO RESPONSE

   I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                  /s/David M. Offen
                                                  David M. Offen
                                                  Attorney for Debtor

Date:3/26/19