IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
     IN RE:                  :       CHAPTER 13
                             :
  Tyshaan C. Williams        :       No. 18-18016-JKF
        Debtor               :
```

ANSWER TO MOTION OF CREDIT ACCEPTANCE CORPORATION
FOR RELIEF FROM THE AUTOMATIC STAY

Debtor missed payments and asks for a chance to get caught up.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 4/10/19