```
                UNITED STATES BANKRUPTCY COURT
                EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE:                   :        CHAPTER 13

Tyshaan C. Williams      :        No. 18-18016-JKF

## PRAECIPE TO WITHDRAW

Pursuant to the above-captioned matter, kindly withdraw the Response to the Motion for Relief filed on April 10, 2019.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106

Dated: 5/17/19