IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: TYSHAAN C. WILLIAMS ) **Debtor(s)** ) ) CREDIT ACCEPTANCE CORPORATION ) **Moving Party** ) ) v. ) ) TYSHAAN C. WILLIAMS ) **Respondent(s)** ) ) SCOTT WATERMAN ) **Trustee** ) ) ) | CHAPTER 13 Case No.: 18-18016 (JKF) **Hearing Date: 4-24-19 at 9:30 AM** 11 U.S.C. 362 |

## ORDER LIFTING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the Motion of Credit Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is lifted ~~pursuant to the authority granted in Fed.R.Bankr.P. Rule 4001(a)(2)~~ as to the movant to pursue the movant's rights in the personal property described as a **2011 Buick Enclave** bearing vehicle identification number 5GAKRBED1BJ151109 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law. Rule 4001(a)(3) will not apply to this proceeding.

Date: May 23, 2019

_____
UNITED STATES BANKRUPTCY JUDGE

Jean K. FitzSimon