United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-18016-jkf
Tyshaan C Williams                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Antoinett           Page 1 of 1              Date Rcvd: May 23, 2019
                                Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
db            +Tyshaan C Williams,    1653 Bridle Path Drive,    Lansdale, PA 19446-4736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
      CAROL B. MCCULLOUGH    on behalf of Debtor Tyshaan C Williams mcculloughheisenberg@gmail.com,
       cbmccullough64@gmail.com
      CAROL B. MCCULLOUGH    on behalf of Creditor Kimberly   Williams mcculloughheisenberg@gmail.com,
       cbmccullough64@gmail.com
      DAVID M. OFFEN    on behalf of Debtor Tyshaan C Williams dmo160west@gmail.com,
       davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
       ecf_frpa@trustee13.com
      REBECCA ANN SOLARZ    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
      United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
       ECF_FRPA@Trustee13.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor   Credit Acceptance Corporation
       ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                       TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: TYSHAAN C. WILLIAMS ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| CREDIT ACCEPTANCE CORPORATION ) | |
| **Moving Party** ) | Case No.: 18-18016 (JKF) |
| ) | |
| v. ) | **Hearing Date: 4-24-19 at 9:30 AM** |
| ) | |
| TYSHAAN C. WILLIAMS ) | 11 U.S.C. 362 |
| **Respondent(s)** ) | |
| ) | |
| SCOTT WATERMAN ) | |
| **Trustee** ) | |

## ORDER LIFTING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the Motion of Credit Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is lifted ~~pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3)~~ as to the movant to pursue the movant's rights in the personal property described as a **2011 Buick Enclave** bearing vehicle identification number 5GAKRBED1BJ151109 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law. Rule 4001(a)(3) will not apply to this proceeding.

Date: May 23, 2019

_____
UNITED STATES BANKRUPTCY JUDGE

Jean K. FitzSimon