**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Tyshaan C. Williams <br> <u>Debtor</u> | CHAPTER 13 |
| FREEDOM MORTGAGE CORPORATION <br> <u>Movant</u> <br> vs. | NO. 18-18016 JKF |
| Tyshaan C. Williams <br> <u>Debtor</u> | |
| Scott Waterman, Esquire <br> <u>Trustee</u> | 11 U.S.C. Sections 362 and 1301 |

## **STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$21,089.64,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | January 2019 to July 2019 at $2,865.52 |
| Fees & Costs Relating to Motion: | $1,031.00 |
| **Total Post-Petition Arrears** | **$21,089.64** |

2. Debtor has stated his intention to surrender the Secured Property to Movant.

3. As no response or opposition has been filed by co-debtor, Kimberly K. Williams, to Movant's Motion for Relief, Debtor takes no position as to Movant being granted relief from the co-debtor stay pursuant to 11 U.S.C. § 1301.

4. Debtor stipulates and agrees that, upon the Court's approval of this Stipulation, Movant shall be granted relief from the automatic stay to pursue its <u>in rem</u> State remedies as to the Secured Property.

5. Upon Court approval, Movant is also granted relief from the co-debtor stay pursuant to 11 U.S.C. § 1301 within this bankruptcy filing.

6. The parties agree that a facsimile signature shall be considered an original signature.

Date:   July 9, 2019                              By: */s/ Rebecca A. Solarz, Esquire*
                                                                Attorney for Movant

Date: July 10, 2019

David M. Offen, Esquire
Attorney for Debtors

Date: July 10, 2019

/s/ Polly A. Langdon, Esquire, for

Scott Waterman, Esquire
Chapter 13 Trustee

Approved by the Court this _____ day of _____, 2019. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Jean K. FitzSimon

SPOC TEAM
FREEDOM MORTGAGE CORPORATION
P.O. Box 50428
Indianapolis, IN 46250-0401