**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Tyshaan C. Williams <br> _Debtor_ | CHAPTER 13 |
| FREEDOM MORTGAGE CORPORATION <br> _Movant_ <br> vs. | NO. 18-18016 JKF |
| Tyshaan C. Williams <br> _Debtor_ | |
| Scott Waterman, Esquire <br> _Trustee_ | 11 U.S.C. Sections 362 and 1301 |

## **STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$21,089.64,** which breaks down as follows;

   Post-Petition Payments:         January 2019 to July 2019 at $2,865.52

   Fees & Costs Relating to Motion: $1,031.00
   **Total Post-Petition Arrears      $21,089.64**

2. Debtor has stated his intention to surrender the Secured Property to Movant.

3. As no response or opposition has been filed by co-debtor, Kimberly K. Williams, to Movant's Motion for Relief, Debtor takes no position as to Movant being granted relief from the co-debtor stay pursuant to 11 U.S.C. § 1301.

4. Debtor stipulates and agrees that, upon the Court's approval of this Stipulation, Movant shall be granted relief from the automatic stay to pursue its _in rem_ State remedies as to the Secured Property.

5. Upon Court approval, Movant is also granted relief from the co-debtor stay pursuant to 11 U.S.C. § 1301 within this bankruptcy filing.

6. The parties agree that a facsimile signature shall be considered an original signature.

Date:   July 9, 2019                         By: _/s/ Rebecca A. Solarz, Esquire_
                                                      Attorney for Movant

Date: July 10, 2019

David M. Offen, Esquire
Attorney for Debtors

Date: July 10, 2019

/s/ Polly A. Langdon, Esquire, for

Scott Waterman, Esquire
Chapter 13 Trustee

Approved by the Court this 11th day of July, 2019. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Jean K. FitzSimon

SPOC TEAM
FREEDOM MORTGAGE CORPORATION
P.O. Box 50428
Indianapolis, IN 46250-0401