United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tyshaan C Williams  
    Debtor

Case No. 18-18016-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jul 11, 2019  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2019.  
db         +Tyshaan C Williams,    1653 Bridle Path Drive,    Lansdale, PA 19446-4736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2019 at the address(es) listed below:  
       CAROL B. MCCULLOUGH    on behalf of Debtor Tyshaan C Williams mccullougheisenberg@gmail.com, cbmccullough64@gmail.com  
       CAROL B. MCCULLOUGH    on behalf of Creditor Kimberly  Williams mccullougheisenberg@gmail.com, cbmccullough64@gmail.com  
       DAVID M. OFFEN    on behalf of Debtor Tyshaan C Williams dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
       POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
       WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                       TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Tyshaan C. Williams <br> _Debtor_ | CHAPTER 13 |
| FREEDOM MORTGAGE CORPORATION <br> _Movant_ <br> vs. | NO. 18-18016 JKF |
| Tyshaan C. Williams <br> _Debtor_ | |
| Scott Waterman, Esquire <br> _Trustee_ | 11 U.S.C. Sections 362 and 1301 |

## **STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$21,089.64,** which breaks down as follows;

Post-Petition Payments:    January 2019 to July 2019 at $2,865.52

Fees & Costs Relating to Motion: $1,031.00
**Total Post-Petition Arrears    $21,089.64**

2. Debtor has stated his intention to surrender the Secured Property to Movant.

3. As no response or opposition has been filed by co-debtor, Kimberly K. Williams, to Movant's Motion for Relief, Debtor takes no position as to Movant being granted relief from the co-debtor stay pursuant to 11 U.S.C. § 1301.

4. Debtor stipulates and agrees that, upon the Court's approval of this Stipulation, Movant shall be granted relief from the automatic stay to pursue its _in rem_ State remedies as to the Secured Property.

5. Upon Court approval, Movant is also granted relief from the co-debtor stay pursuant to 11 U.S.C. § 1301 within this bankruptcy filing.

6. The parties agree that a facsimile signature shall be considered an original signature.

Date:    July 9, 2019    By: _/s/ Rebecca A. Solarz, Esquire_
    Attorney for Movant

Date: July 10, 2019

David M. Offen, Esquire
Attorney for Debtors

Date: July 10, 2019

/s/ Polly A. Langdon, Esquire, for

Scott Waterman, Esquire
Chapter 13 Trustee

Approved by the Court this  11th  day of  July , 2019. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Jean K. FitzSimon

SPOC TEAM
FREEDOM MORTGAGE CORPORATION
P.O. Box 50428
Indianapolis, IN 46250-0401