UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| TYSHAAN C. WILLIAMS | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Bankruptcy No.  18-18016JKF |

AMENDED CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that true and correct copies of the

foregoing Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307 and Notice of

Motion, Response Deadline and Hearing Date Pursuant to Bankruptcy Rule 9014-3 have

been served this 5th day of May, 2020, by first class mail upon those listed below:

Tyshaan C. Williams
1653 Bridle Path Drive
Lansdale, PA 19446

**Electronically via ECF/System ONLY**:

David M. Offen, Esq.
The Curtis Center, Suite 160W
601 Walnut Street
Philadelphia, PA 19106

*/s/Deborah A. Earnshaw*
Deborah A. Earnshaw
Motions and Correspondence Clerk
for
Polly A. Langdon, Esq.