IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :    CHAPTER 13
                                :
Tyshaan C. Williams             :
     Debtor                     :    No. 18-18016-AMC

O R D E R

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified to reflect that $19,950.00 has been paid to the Trustee over 17 months and the Debtor shall pay $1,050.00 per month for the remaining 34 months for a total base amount of $55,650.00 and the Modified Plan attached to the Motion as an Exhibit shall be the new plan.

**Date: August 5, 2020**                   _____
                                           HONORABLE ASHELY M. CHAN
                                           UNITED STATES BANKRUPTCY JUDGE