```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                       Case No. 18-18016-amc
Tyshaan C Williams                                           Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1          Date Rcvd: Aug 05, 2020
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2020.
db             #+Tyshaan C Williams,    1653 Bridle Path Drive,    Lansdale, PA 19446-4736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2020 at the address(es) listed below:
      CAROL B. MCCULLOUGH    on behalf of Debtor Tyshaan C Williams mcculloughheisenberg@gmail.com,
       cbmccullough64@gmail.com
      CAROL B. MCCULLOUGH    on behalf of Creditor Kimberly   Williams mcculloughheisenberg@gmail.com,
       cbmccullough64@gmail.com
      DAVID M. OFFEN    on behalf of Debtor Tyshaan C Williams dmo160west@gmail.com,
       davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
      REBECCA ANN SOLARZ    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
       ECF_FRPA@Trustee13.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
       ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                       TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Tyshaan C. Williams | : | |
| Debtor | : | No. 18-18016-AMC |

O R D E R

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified to reflect that $19,950.00 has been paid to the Trustee over 17 months and the Debtor shall pay $1,050.00 per month for the remaining 34 months for a total base amount of $55,650.00 and the Modified Plan attached to the Motion as an Exhibit shall be the new plan.

**Date: August 5, 2020**

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE