| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-18016-AMC**

TYSHAAN C WILLIAMS
1653 BRIDLE PATH DRIVE
LANSDALE  PA    19446

Petition Filed Date: 12/04/2018
341 Hearing Date: 01/11/2019
Confirmation Date: 08/21/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2019 | $525.00 | 529223 | 03/19/2019 | $1,050.00 | 2485658 Wm N | 04/09/2019 | $525.00 | 106692 |
| 04/22/2019 | $1,050.00 | 2487148 Wm N | 04/23/2019 | $525.00 | 107037 | 05/07/2019 | $525.00 | 107518 |
| 05/20/2019 | $525.00 | 108016 | 06/10/2019 | $525.00 | 108497 | 06/18/2019 | $525.00 | 108979 |
| 07/08/2019 | $525.00 | 109455 | 07/16/2019 | $525.00 | 109938 | 07/29/2019 | $525.00 | 110412 |
| 08/16/2019 | $525.00 | 110888 | 08/26/2019 | $525.00 | 111371 | 09/10/2019 | $525.00 | 111865 |
| 09/25/2019 | $525.00 | 112361 | 10/07/2019 | $525.00 | 112870 | 10/23/2019 | $525.00 | 113380 |
| 10/29/2019 | $525.00 | 113891 | 11/20/2019 | $525.00 | 114402 | 12/03/2019 | $525.00 | 114909 |
| 12/17/2019 | $525.00 | 115412 | 12/30/2019 | $525.00 | 115918 | 01/13/2020 | $525.00 | 116412 |
| 01/28/2020 | $525.00 | 116901 | 02/10/2020 | $525.00 | 117402 | 02/25/2020 | $525.00 | 117899 |
| 03/09/2020 | $525.00 | 118389 | 03/23/2020 | $525.00 | 118881 | 04/03/2020 | $525.00 | 119371 |
| 04/21/2020 | $525.00 | 119815 | 04/29/2020 | $525.00 | 120282 | 05/18/2020 | $525.00 | 120472 |
| 05/27/2020 | $525.00 | 120777 | 06/18/2020 | $525.00 | 121215 | 07/01/2020 | $525.00 | 121280 |
| 07/08/2020 | $525.00 | 121483 | 07/28/2020 | $525.00 | 121684 | 08/05/2020 | $525.00 | 121880 |

**Total Receipts for the Period: $21,525.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $21,525.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | HAMBURG, RUBIN, MULLIN, MAXWELL & LUPIN<br>»» 002 | Unsecured Creditors | $1,535.00 | $522.45 | $1,012.55 |
| 9 | JOSEPH J OCHOTNY JR CPA<br>»» 009 | Unsecured Creditors | $4,555.00 | $1,550.31 | $3,004.69 |
| 6 | COMCAST INC<br>»» 006 | Unsecured Creditors | $741.84 | $237.76 | $504.08 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Unsecured Creditors | $12,285.69 | $1,470.56 | $10,815.13 |
| 13 | FREEDOM MORTGAGE CORPORATION<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 003 | Unsecured Creditors | $14,691.00 | $5,000.13 | $9,690.87 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $546.63 | $175.20 | $371.43 |
| 11 | CHASE BANK USA NA<br>»» 011 | Unsecured Creditors | $6,346.95 | $2,160.19 | $4,186.76 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $243.78 | $82.98 | $160.80 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $946.74 | $322.23 | $624.51 |

**Chapter 13 Case No. 18-18016-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $1,081.76 | $368.18 | $713.58 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04P | Priority Crediors | $5.93 | $5.93 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04S | Secured Creditors | $1,548.96 | $1,548.96 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04U | Unsecured Creditors | $100.77 | $34.28 | $66.49 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $454.39 | $154.64 | $299.75 |
| 14 | DAVID M OFFEN ESQUIRE<br>»» 014 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $500.00 | $0.00 | $500.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,525.00 | Current Monthly Payment: | $1,050.00 |
| Paid to Claims: | $17,633.80 | Arrearages: | ($525.00) |
| Paid to Trustee: | $1,975.64 | Total Plan Base: | $55,650.00 |
| Funds on Hand: | $1,915.56 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.