| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 18-18016-AMC

TYSHAAN C WILLIAMS  
1653 BRIDLE PATH DRIVE  
LANSDALE  PA    19446

Petition Filed Date: 12/04/2018  
341 Hearing Date: 01/11/2019  
Confirmation Date: 08/21/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $525.00 | 116412 | 01/28/2020 | $525.00 | 116901 | 02/10/2020 | $525.00 | 117402 |
| 02/25/2020 | $525.00 | 117899 | 03/09/2020 | $525.00 | 118389 | 03/23/2020 | $525.00 | 118881 |
| 04/03/2020 | $525.00 | 119371 | 04/21/2020 | $525.00 | 119815 | 04/29/2020 | $525.00 | 120282 |
| 05/18/2020 | $525.00 | 120472 | 05/27/2020 | $525.00 | 120777 | 06/18/2020 | $525.00 | 121215 |
| 07/01/2020 | $525.00 | 121280 | 07/08/2020 | $525.00 | 121483 | 07/28/2020 | $525.00 | 121684 |
| 08/05/2020 | $525.00 | 121880 | 08/18/2020 | $525.00 | 122071 | 09/02/2020 | $525.00 | 122258 |
| 09/16/2020 | $525.00 | 122444 | 09/29/2020 | $525.00 | 122627 | 10/14/2020 | $525.00 | 122864 |
| 11/03/2020 | $525.00 | 122984 | 11/12/2020 | $525.00 | 123161 | 12/07/2020 | $525.00 | 123335 |
| 12/09/2020 | $525.00 | 123508 | 01/06/2021 | $525.00 | 123852 | 01/14/2021 | $525.00 | 123682 |
| 01/27/2021 | $525.00 | 124076 | 02/10/2021 | $525.00 | 124192 | 03/02/2021 | $525.00 | 124359 |
| 03/10/2021 | $525.00 | 124527 | 03/22/2021 | $525.00 | 124693 | 04/05/2021 | $525.00 | 124912 |
| 04/23/2021 | $525.00 | 125027 | 04/28/2021 | $525.00 | 125243 | 05/11/2021 | $525.00 | 125359 |
| 05/26/2021 | $525.00 | 125527 | | | | | | |

**Total Receipts for the Period: $19,425.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $32,550.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | HAMBURG, RUBIN, MULLIN, MAXWELL & LUPIN<br>»» 002 | Unsecured Creditors | $1,535.00 | $880.58 | $654.42 |
| 9 | JOSEPH J OCHOTNY JR CPA<br>»» 009 | Unsecured Creditors | $4,555.00 | $2,613.07 | $1,941.93 |
| 6 | COMCAST INC<br>»» 006 | Unsecured Creditors | $741.84 | $425.57 | $316.27 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Unsecured Creditors | $12,285.69 | $5,295.85 | $6,989.84 |
| 13 | FREEDOM MORTGAGE CORPORATION<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 003 | Unsecured Creditors | $14,691.00 | $8,427.77 | $6,263.23 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $546.63 | $313.57 | $233.06 |
| 11 | CHASE BANK USA NA<br>»» 011 | Unsecured Creditors | $6,346.95 | $3,641.04 | $2,705.91 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $243.78 | $132.45 | $111.33 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $946.74 | $543.13 | $403.61 |

**Chapter 13 Case No. 18-18016-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $1,081.76 | $620.56 | $461.20 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04P | Priority Crediors | $5.93 | $5.93 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04S | Secured Creditors | $1,548.96 | $1,548.96 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04U | Unsecured Creditors | $19.06 | $19.06 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $454.39 | $246.79 | $207.60 |
| 14 | DAVID M OFFEN ESQUIRE<br>»» 014 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $500.00 | $0.00 | $500.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,550.00 | Current Monthly Payment: | $1,050.00 |
| Paid to Claims: | $28,714.33 | Arrearages: | ($1,050.00) |
| Paid to Trustee: | $2,841.89 | Total Plan Base: | $55,650.00 |
| Funds on Hand: | $993.78 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.