Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 18-18016-AMC**

TYSHAAN C WILLIAMS  
1653 BRIDLE PATH DRIVE  
LANSDALE  PA    19446

Petition Filed Date: 12/04/2018  
341 Hearing Date: 01/11/2019  
Confirmation Date: 08/21/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $525.00 | 124912 | 04/23/2021 | $525.00 | 125027 | 04/28/2021 | $525.00 | 125243 |
| 05/11/2021 | $525.00 | 125359 | 05/26/2021 | $525.00 | 125527 | 06/10/2021 | $525.00 | 125697 |
| 06/28/2021 | $525.00 | 125865 | 07/07/2021 | $525.00 | 126076 | 07/21/2021 | $525.00 | 126119 |
| 08/04/2021 | $525.00 | 126177 | 08/19/2021 | $525.00 | 126232 | 09/01/2021 | $525.00 | 126287 |
| 09/15/2021 | $525.00 | 126340 | 10/04/2021 | $525.00 | 126406 | 10/26/2021 | $525.00 | 126496 |
| 11/10/2021 | $525.00 | 126547 | 11/24/2021 | $525.00 | 126597 | 12/15/2021 | $525.00 | 126647 |
| 12/22/2021 | $525.00 | 126698 | 01/06/2022 | $525.00 | 126812 | 01/24/2022 | $525.00 | 126851 |
| 02/11/2022 | $525.00 | 126903 | 02/23/2022 | $525.00 | 126957 | 03/02/2022 | $525.00 | 127009 |
| 03/21/2022 | $525.00 | 127061 | 03/29/2022 | $525.00 | 127113 | 04/13/2022 | $525.00 | 127166 |
| 04/26/2022 | $525.00 | 127218 | 05/11/2022 | $525.00 | 127271 | 05/25/2022 | $525.00 | 127324 |
| 06/13/2022 | $525.00 | 127394 | 06/29/2022 | $525.00 | 127430 | 07/07/2022 | $525.00 | 127483 |
| 07/19/2022 | $525.00 | 127536 | | | | | | |

**Total Receipts for the Period: $17,850.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $47,775.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | HAMBURG, RUBIN, MULLIN, MAXWELL & LUPIN<br>»» 002 | Unsecured Creditors | $1,535.00 | $1,345.39 | $189.61 |
| 9 | JOSEPH J OCHOTNY JR CPA<br>»» 009 | Unsecured Creditors | $4,555.00 | $3,992.41 | $562.59 |
| 6 | COMCAST INC<br>»» 006 | Unsecured Creditors | $741.84 | $650.21 | $91.63 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Unsecured Creditors | $12,285.69 | $10,260.66 | $2,025.03 |
| 13 | FREEDOM MORTGAGE CORPORATION<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 003 | Unsecured Creditors | $14,691.00 | $12,876.48 | $1,814.52 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $546.63 | $479.12 | $67.51 |
| 11 | CHASE BANK USA NA<br>»» 011 | Unsecured Creditors | $6,346.95 | $5,563.01 | $783.94 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $243.78 | $206.23 | $37.55 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $946.74 | $829.82 | $116.92 |

**Chapter 13 Case No. 18-18016-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 010 | Unsecured Creditors | $1,081.76 | $948.14 | $133.62 |
| 4 | PA DEPARTMENT OF REVENUE »» 04P | Priority Crediors | $5.93 | $5.93 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE »» 04S | Secured Creditors | $1,548.96 | $1,548.96 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE »» 04U | Unsecured Creditors | $19.06 | $19.06 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $454.39 | $398.25 | $56.14 |
| 14 | DAVID M OFFEN ESQUIRE »» 014 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $500.00 | $0.00 | $500.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $47,775.00 | Current Monthly Payment: | $1,050.00 |
| Paid to Claims: | $43,123.67 | Arrearages: | ($1,575.00) |
| Paid to Trustee: | $4,143.89 | Total Plan Base: | $55,650.00 |
| Funds on Hand: | $507.44 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.