IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                               :     Chapter 13

Tyshaan C. Williams                  :     Case No. 18-18016-amc

    Debtor

**ORDER**

AND NOW, this _____ day of _____, 2023, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____

**Date: March 7, 2023**                     **HONORABLE ASHELY M. CHAN**
**UNITED STATES BANKRUPTCY JUDGE**