IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                :        CHAPTER 13
                      :
Tyshaan C. Williams :       NO. 18-18016-AMC
        Debtor        :


<u>ORDER APPROVING COUNSEL FEES</u>


AND NOW, upon consideration of the attached Supplemental
Application for Approval of Counsel Fees submitted by David M.
Offen, Attorney for the Debtor, and upon notice and certification
of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $500.00 is
allowed and shall be paid by the Chapter 13 Trustee to the extent
there are funds available and consistent with the terms of the
Modified Plan.


 May 10, 2023
_____          _____
DATED                     HONORABLE ASHELY M. CHAN
                          UNITED STATES BANKRUPTCY JUDGE