Certificate Number: 12433-PAE-DE-037485765

Bankruptcy Case Number: 18-18016



12433-PAE-DE-037485765

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 5, 2023, at 4:55 o'clock PM EDT, Tyshaan C. Williams completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 5, 2023                    By:    /s/Lisa Susoev

                                        Name:  Lisa Susoev

                                        Title: Teacher