United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                                                                                 Case No. 18-18016-amc

Tyshaan C Williams                                                                                                                                                                                   Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                                       User: admin                                                                Page 1 of 3

Date Rcvd: Jun 06, 2023                                           Form ID: 138OBJ                                          Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Tyshaan C Williams, 1653 Bridle Path Drive, Lansdale, PA 19446-4736 |
| 14241334 | + | Brass Lock Key Corp., 536North Trooper, Norristown, PA 19403-4551 |
| 14241335 | + | Budget Rent a Car, Virginia Beach Processing Center, 300 Centre Pointe Drive, Virginia Beach, VA 23462-4415 |
| 14294286 | + | Credit Acceptance Corporation, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 14241347 | + | Eagles Peak Spring Water, P.O. Box 195, Fountainville, PA 18923-0195 |
| 14241349 | + | FN Cann & Associates, 1600 Osgood Street, Suite 20-2/120, North Andover, MA 01845-1048 |
| 14247925 | + | FREEDOM MORTGAGE CORPORATION, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14241350 | + | Foley Inc., 2975 Gallway Road, Bensalem, PA 19020-2327 |
| 14241352 | + | Green Lawn Fertilizing, 1004 Saunders Lane, West Chester, PA 19380-4218 |
| 14241354 | + | HOLMES TRANSPORTATION SERVICES INC, 1653 Bridle Path Drive, Lansdale, PA 19446-4736 |
| 14241353 | | Hamburg, Rubin, Mullin, Maxwell & Lupin, 375 Morris Road, P.O. Box, P.O. Box 1479, Lansdale, PA 19446-0773 |
| 14241356 | | Joseph J Marion II, 2040-42 E HAINES ST #2, Philadelphia, PA 19138 |
| 14241357 | + | Joseph J. Ochotny, Jr., CPA, P.O. Box 927, Lansdale, PA 19446-0659 |
| 14241361 | + | McCarthy Burgess & Wolfe, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 14241364 | | Pa. SCDU, P.O. Box 69110, Harrisburg, PA 17106-9110 |
| 14241367 | | Pennsylvania Dept. of Revenue, P.O. Box 281041, Harrisburg, PA 17128-1041 |
| 14241366 | | Pennsylvania Dept. of Revenue, P.O. Box 280346, Harrisburg, PA 17128-0346 |
| 14241370 | #+ | Ridge Auto & Tires, Inc., 140 North Ridge Avenue, Ambler, PA 19002-4509 |
| 14241372 | + | The Leviton Law Firm, LTD., 3 Golf Center, Suite 361, Hoffman Estates, IL 60169-4910 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 07 2023 00:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14241333 | | Email/Text: legal@arsnational.com | Jun 07 2023 00:49:00 | ARS National Services Inc., P.O. Box 463023, Escondido, CA 92046-3023 |
| 14252003 | + | Email/Text: documentfiling@lciinc.com | Jun 07 2023 00:49:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14241336 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 07 2023 00:58:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14241338 | + | Email/Text: ngisupport@radiusgs.com | Jun 07 2023 00:49:00 | Central Credit Services LLC, 9550 Regency Square Blvd. Suite 500, Jacksonville, FL 32225-8169 |
| 14268297 | + | Email/Text: RASEBN@raslg.com | Jun 07 2023 00:49:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

| Recipient | Notice Type | Date/Time | Address |
|---|---|---|---|
| 14241340 | + Email/Text: bankruptcy@philapark.org | Jun 07 2023 00:49:00 | City of Philadelphia, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14241341 | Email/Text: EBN@thecmigroup.com | Jun 07 2023 00:49:00 | Comcast Cable, c/o Credit Management, P.O. Box 118288, Carrollton, TX 75011-8288 |
| 14241342 | + Email/Text: ebnnotifications@creditacceptance.com | Jun 07 2023 00:49:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14241343 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jun 07 2023 00:49:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14241345 | + Email/Text: mrdiscen@discover.com | Jun 07 2023 00:49:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14241346 | ^ MEBN | Jun 07 2023 00:48:24 | Diversified Adjustment Service, Inc., P.O. Box 32145, Fridley, MN 55432-0145 |
| 14241348 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 07 2023 00:58:55 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14241351 | + Email/Text: Bankruptcy@Freedommortgage.com | Jun 07 2023 00:49:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, Po Box 50428, Indianapolis, IN 46250-0401 |
| 14271158 | Email/Text: Bankruptcy@Freedommortgage.com | Jun 07 2023 00:49:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14241355 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 07 2023 00:49:00 | Internal Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14241339 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 07 2023 00:58:30 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14241360 | ^ MEBN | Jun 07 2023 00:48:27 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14252285 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2023 01:11:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14241362 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 07 2023 00:49:00 | Midland Credit Management, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 14241363 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 07 2023 00:49:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14261569 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 07 2023 00:49:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14269523 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 07 2023 00:58:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14241365 | + Email/Text: bankruptcygroup@peco-energy.com | Jun 07 2023 00:49:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14249265 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 07 2023 00:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14241368 | + Email/PDF: rmscedi@recoverycorp.com | Jun 07 2023 01:11:46 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14251180 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 07 2023 00:49:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14241369 | + Email/Text: ngisupport@radiusgs.com | Jun 07 2023 00:49:00 | Radius Global Solutions, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14241371 | ^ MEBN | Jun 07 2023 00:48:15 | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |

TOTAL: 29

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 06, 2023 | Form ID: 138OBJ | Total Noticed: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14241344 | | Desiree Williams |
| 14241358 | | Kimberly Williams, 209 South Line Street, Apt. |
| 14241359 | | Kimberly Williams, 209 South Line Street, Apt. |
| 14241373 | | Vasll Sharonn |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14241337 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2023         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2023 at the address(es) listed below:

**Name**    **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

CAROL B. MCCULLOUGH
    on behalf of Creditor Kimberly Williams mcculloughheisenberg@gmail.com  cbmccullough64@gmail.com

DAVID M. OFFEN
    on behalf of Debtor Tyshaan C Williams dmo160west@gmail.com
    davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Tyshaan C Williams

    Debtor(s)

Case No: 18−18016−amc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/6/23

94 − 88
Form 138OBJ